Joe B. SIMMONS, Appellant,

v.

STATE of Texas, Appellee.

Aubrey Ray DARDEN, Appellant,

v.

STATE of Texas, Appellee (2 cases).

Robert CATHCART, Appellant,

v.

STATE of Texas, Appellee (6 cases).

Nos. 35694, 35699–35700, 35702–35707.

Court of Criminal Appeals of Texas.

April 24, 1963.

Jack Little, Big Spring, for Joe B. Simmons.

George T. Thomas and Roger D. Brown Big Spring, for other appellants.

Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Presiding Judge.

The appeals in the above styled and numbered causes raise the same fact situations and the same questions of law as were raised in Minchew v. State, Tex.Cr.App., 366 S.W.2d 942, except that some of the above appeals were from the corporation court.

For the same reasons and upon the same authorities, and subject to the same right to seek relief by mandamus, the judgment in each of the above causes dismissing the appeal to the County Court is affirmed.